*In re* ENMIENDA A LA ORDEN ADMINISTRATIVA XVI DE 1RO DE FEBRERO DE 1995 SOBRE NOTIFICACIÓN.

*Número:* XI                    *Resuelto:* 30 de junio de 1999

## ORDEN IX

Se deja sin efecto el inciso (1) de la Orden Administrativa Núm. XVI de 1ro de febrero de 1995, por haberse atendido el asunto en las nuevas Reglas para la Administración del Tribunal de Primera Instancia.

En lo que respecta al inciso (2), se reitera que una vez el Secretario o la Secretaria del Tribunal Supremo le notifique a la Oficina de Administración de los Tribunales de cualquier decisión del Tribunal Supremo que imponga la suspensión de un abogado o una abogada del ejercicio de la profesión, deberá notificarle a todos los jueces y juezas que tengan casos representados por la abogada o el abogado suspendido, para que éstos, motu propio, dicten una resolución para relevar a la parte de la representación legal de la abogada o el abogado suspendido y concederle un término para conseguir una nueva representación legal. La orden de notificación aquí requerida es aplicable a las decisiones del Tribunal Supremo que ordenan la reinstalación a la práctica de la profesión y a otras decisiones análogas.

Esta Orden Administrativa entrará en vigor el 1ro de julio de 1999.

*Publíquese.*

Lo decretó y firma.

(*Fdo.*) José A. Andréu Gracía
*Juez Presidente del Tribunal Supremo*

CERTIFICO:

(*Fdo.*) Mercedes M. Bauermeister
*Directora Administrativa de los Tribunales*